UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MATTHEW WARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:17-cv-02557-JRS-MJD |
| HAT WORLD INC., | ) ) ) |
| Defendant. | ) |

**Final Judgment**

Consistent with the Entry signed today, the Court now enters final judgment in favor of Defendant Hat World Inc. Plaintiffs shall take nothing by their complaint, and this case is closed.

Date: 9/30/2019

*James R. Sweeney* 
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

1

Distribution:

Bonnie Keane DelGobbo
BAKER & HOSTETLER LLP
bdelgobbo@bakerlaw.com

Joel Griswold
BAKER HOSTETLER LLP
jcgriswold@bakerlaw.com

Scott J. McKay
LAW OFFICES OF SCOTT MCKAY
scottjmckay@hotmail.com

Marina Visan
CARSON & NOEL PLLC
marina@carsonnoel.com

Todd W Wyatt
CARSON & NOEL PLLC
todd@carsonnoel.com